UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD CALLE,

                Petitioner,

    -against-                           **ORDER**

UNITED STATES OF AMERICA,        05-CV-6094(NGG)

                Respondent.
------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge:

Pro se petitioner Richard Calle ("Petitioner") brings this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 seeking termination of his supervised release. According to the United States Probation Department, Petitioner's supervised release was terminated on February 21, 2006. Accordingly, Petitioner's petition is DENIED as moot, and the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
        January 11, 2008

/signed/
NICHOLAS G. GARAUFIS
United States District Judge